# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| LAQUENZA MORGAN; LAUREN RHOADES; ARCHIE SKIFFER, JR.; TIMOTHY HALCOMB, individually and on behalf of a class of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>         v.<br><br>CITY OF JACKSON, MISSISSIPPI; CHIEF JAMES E. DAVIS, in his official capacity,<br><br>    *Defendants* | Civil Action No. 3:22-cv-99-KHJ-MTP |

## ENTRY OF APPEARANCE

The undersigned, who is a member of the bar of this Court, hereby enters his appearance in this Court as counsel for the Plaintiffs.

Dated: June 27, 2024              Respectfully Submitted,

                                  */s/ Blake Feldman*
                                  Blake Feldman
                                  MS Bar No. 106749
                                  MISSISSIPPI CENTER FOR JUSTICE
                                  Post Office Box 1023
                                  Jackson, Mississippi 39215
                                  bfeldman@mscenterforjustice.org

                                  *Counsel for the Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Entry of Appearance with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 27th day of June 2024.

>*/s/ Blake Feldman*
>Blake Feldman
>
>*Counsel for the Plaintiffs*