# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| LAQUENZA MORGAN; LAUREN RHOADES; ARCHIE SKIFFER, JR.; TIMOTHY HALCOMB, individually and on behalf of a class of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>      v.<br><br>CITY OF JACKSON, MISSISSIPPI; CHIEF JAMES E. DAVIS, in his official capacity,<br><br>   *Defendants* | Civil Action No. 3:22-cv-99-KHJ-MTP |

## **MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

The undersigned, who is a member of the bar of this Court, hereby moves to withdraw his appearance in this Court as counsel for the Plaintiffs, as he is no longer associated with the Mississippi Center for Justice. Other attorneys from the Mississippi Center for Justice and MacArthur Justice Center at the University of Mississippi Law School will continue to represent Plaintiffs as counsel of record in this matter.

Dated: October 10, 2024

Respectfully Submitted,

*/s/ Blake Feldman*
Blake Feldman
MS Bar No. 106749
SOUTHERN CENTER FOR HUMAN RIGHTS
60 Walton St. NW
Atlanta, Georgia 30303
bfeldman@schr.org

*Counsel for the Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Motion with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 10th day of October 2024.

*/s/ Blake Feldman*
Blake Feldman

*Counsel for the Plaintiffs*